UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-83 |
| | ) | (PHILLIPS/SHIRLEY) |
| LEE CALVIN CARMACK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford shirley. [Doc. 23.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that the Defendant's Motion to Suppress [Doc. 16] be **DENIED**.

**IT IS SO ORDERED**.

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge

1